

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE | § | |
| | | No. 08-24-00122-CV |
| ROBERT K. HUDNALL and SHARON E. HUDNALL, | § | |
| | | AN ORIGINAL PROCEEDING |
| | § | |
| Relators. | | IN MANDAMUS |
| | § | |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the Relators' petition for writ of mandamus against the Honorable Angie Juarez Barill of the 448th Judicial District Court of El Paso County, Texas and concludes that Relators' petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 18TH DAY OF JUNE 2024.

GINA M. PALAFOX, Justice

Before Alley, C.J., Palafox and Soto, JJ.